**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MARC S. CWIK
Nevada Bar No. 006946
Marc.Cwik@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

*Attorneys for Altura Credit Union*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHEMAIAH OLAITAN OSIPITAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALTURA CREDIT UNION, a California corporation; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,,<br><br>Defendants. | Case No. 2:22-cv-00699-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT ALTURA CREDIT UNION TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

IT IS HEREBY STIPULATED between Plaintiff SHEMAIAH OLAITAN OSIPITAN ("Plaintiff"), by and through its counsel of record Jamie S. Cogburn, Esq. and Erik W. Fox,. Esq. of the law firm COGBURN LAW, and Defendant ALTURA CREDIT UNION ("Altura CU"), by and through its counsel of record Marc S. Cwik, Esq. of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP;; pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, that the time for Defendant to respond to Plaintiff's Complaint [ECF No. 1] on file herein is hereby extended to and including Monday, August 1, 2022.  Counsel for Altura CU requested this extension to allow sufficient time to consult with his client and Plaintiff has agreed to same.

4885-7877-5593.2    Case No. 2:22-cv-00699-JCM-NJK

IT IS HEREBY FURTHER STIPULATED between the parties that this extension of time does not operate as any admission against interest by Plaintiff concerning the Complaint [ECF No. 1], nor as a waiver of any defense that Defendant may have with regard to the Complaint [ECF No. 1], to the Court's jurisdiction over this matter, to the venue of this matter, or to service and service of process.

DATED this 14th day of July, 2022.

COGBURN LAW

 /s/  Erik W. Fox
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
jsc@cogburncares.com
ewf@cogburncares.com

*Attorneys for Plaintiff*
*SHEMAIAH OLAITAN OSIPITAN*

DATED this 14th day of July, 2022.

LEWIS BRISBOIS BISGAARD & SMITH LLP

 /s/  Marc S. Cwik
MARC S. CWIK, ESQ.
Nevada Bar No. 6946
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
marc.cwik@lewisbrisbois.com

*Attorneys for ALTURA CREDIT UNION*

**ORDER**

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: July 15, 2022

