**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MARC S. CWIK
Nevada Bar No. 006946
Marc.Cwik@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

*Attorneys for Defendant Altura Credit Union*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHEMAIAH OLAITAN OSIPITAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALTURA CREDIT UNION, a California corporation; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,,<br><br>Defendants. | Case No. 2:22-cv-00699-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS COMPLAINT IN REGARDS TO ALTURA CREDIT UNION WITH PREJUDICE** |

Plaintiff SHEMAIAH OLAITAN OSIPITAN, and Defendant ALTURA CREDIT UNION (the "Parties"), by and through their respective undersigned counsel of record, agree and stipulate that all claims in the above-entitled action shall be dismissed in their entirety, with regard to Defendant ALTURA CREDIT UNION with prejudice, with each party to bear its own costs and attorney's fees.

/ / /

/ / /

/ / /

4889-3422-5458.1                                                                                              Case No. 2:22-cv-00699-JCM-NJK

IT IS SO STIPULATED.

DATED this 21st day of September, 2022.   DATED this 21st day of September, 2022.

COGBURN LAW   LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/    Erik W. Fox   /s/    Marc S. Cwik
Jamie S. Cogburn, Esq.   MARC S. CWIK, ESQ.
Nevada Bar No. 8409   Nevada Bar No. 6946
Erik W. Fox, Esq.   6385 S. Rainbow Boulevard, Suite 600
Nevada Bar No. 8804   Las Vegas, NV 89118
2580 St. Rose Parkway, Suite 330   marc.cwik@lewisbrisbois.com
Henderson, Nevada 89074
jsc@cogburncares.com   *Attorneys for ALTURA CREDIT UNION*
ewf@cogburncares.com

*Attorneys for Plaintiff*
*SHEMAIAH OLAITAN OSIPITAN*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: September 21, 2022

