1  COGBURN LAW
   Jamie S. Cogburn, Esq.
2  Nevada Bar No. 8409
   jsc@cogburncares.com
3  Erik W. Fox, Esq.
   Nevada Bar No. 8804
4  ewf@cogburncares.com
   2580 St. Rose Parkway, Suite 330
5  Henderson, NV 89074
   Telephone: (702) 748-7777
6  Facsimile: (702) 966-3880
   *Attorneys for Plaintiff*

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

| | |
|---|---|
| SHEMAIAH OLAITAN OSIPITAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALTURA CREDIT UNION, a California corporation; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case Number:<br>2:22-cv-00699-JCM-NJK<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC WITH PREJUDICE** |

  IT IS HEREBY STIPULATED by and between Plaintiff, Shemaiah Olaitan Osipitan ("Plaintiff") and Defendant, Equifax Information Services LLC ("Defendant"), by and through their respective attorneys of record, that all Plaintiff's claims asserted against Defendant in the

above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

| | |
|---|---|
| Dated this 6th day of January, 2023. | Dated this 6th day of January, 2023. |
| COGBURN LAW | CLARK HILL PLLC |
| By: */s/Erik W. Fox* | By: */s/Gia N. Marina* |
| Jamie S. Cogburn, Esq.<br>Nevada Bar No. 8409<br>Erik W. Fox, Esq.<br>Nevada Bar No. 8804<br>2580 St. Rose Parkway, Suite 330<br>Henderson, NV 89074<br>*Attorneys for Plaintiff* | Gia N. Marina, Esq.<br>Nevada Bar No. 15276<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>*Attorney for Equifax Information Services LLC* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

January 6, 2023
_____
DATE